# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **STATE FARM FIRE and CASUALTY COMPANY, et al.,** | }<br>}<br>} |
| **Plaintiffs,** | }<br>} **Case No.: 2:22-CV-58-RDP** |
| v. | }<br>} |
| **BROAN-NUTONE LLC, et al.,** | }<br>} |
| **Defendants.** | } |

## ORDER

In accordance with the accompanying Memorandum Opinion, Defendant A.O. Smith Corporation's Motion to Dismiss (Doc. # 6) is **GRANTED**. It is hereby **ORDERED** that Plaintiffs' claims against Defendant A.O. Smith Corporation are **DISMISSED WITH PREJUDICE**. This dismissal shall not affect any other right, claim or cause of action which the Plaintiffs have, or may have, against the remaining Defendant.

**DONE** and **ORDERED** this March 31, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE